[No. 36298-4-I.    Division One.    December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINCY ALLEN
KOERBER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04276-5, Richard M. Ishikawa, J., entered
March 17, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 38903-3-I.    Division One.    December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
FRANK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08564-1, William L. Downing, J., entered
July 1, 1996. *Reversed* by unpublished per curiam opinion.

[No. 40238-2-I.    Division One.    December 28, 1998.]

BOSS LOGGER, INC., *Appellant*, v. AETNA CASUALTY &
SURETY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-26638-0, Marsha J. Pechman, J., entered
January 30, 1997. *Affirmed* by unpublished per curiam
opinion. Now published at 93 Wn. App. 682.

[No. 40520-9-I.    Division One.    December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS N.
CARNEY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00413-1, David A. Nichols, J., entered
April 3, 1997. *Affirmed* by unpublished per curiam opinion.